In the Matter of the Construction of the Will of JAMES A. FORSCH, Deceased. ESTHER KIRSCHNER, as Ancillary Executrix of DAVID M. KIRSCHNER, Deceased, Appellant-Respondent; MILTON M. SIEGEL et al., as Executors of JAMES A. FORSCH, Deceased, Respondents-Appellants, and NEW YORK UNIVERSITY, Respondent.

Argued January 5, 1955; decided January 20, 1955.

*Martin J. Kelly, Jr.*, and *Henry J. Robinson, Jr.*, for appellant-respondent.

*Morton L. Deitch, Julius H. Sherman* and *Roger S. Kuhn* for respondents-appellants.

*Winthrop A. Short* and *W. Randolph Montgomery* for respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel, Van Voorhis and Burke, JJ.